UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI				Date:   02/19/2020
Court Reporter:   Megan McKay Soule			Docket No: 2:19-669

Title of the Case:

UNITED STATES OF AMERICA
v
JAMES THOMAS

Appearances:
Naazeen Khan AUSA
Mark A. Berman, Attorney for Defendant
Joanne Young, USPO

Nature of Proceedings:

Conference held in chambers
Deft. Present
SENTENCE: 30 Months on Count 1 of the Information
SUPERVISED RELEASE: 3 Years on Count 1 of the Information
Special Assessment: $100.00 (due immediately)
Special Conditions:
- Drug Testing/Treatment
- Life Skills & Education
- Mental Health Treatment

Fine:   WAIVED
Recommendation to BOP: a facility for service of sentence close to defendant's family/home address
Defendant advised of his right to appeal
Defendant Remanded

Commenced:   1:30 p.m.
Concluded:    2:30 p.m.

Lissette Rodriguez, Courtroom Deputy
to the Hon. Brian R. Martinotti U.S.D.J.